UNITED STATES OF AMERICA
Plaintiff

v.

DEEJAY WHITE

Defendant

Case No. 25-v-5596
19-cr-536

MOTION TO SEAL DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. 3582(c)(1)(A)(i)

Defendant Deejay White respectfully moes this court for an order sealing his motion for Sentence Reduction under 18 U.S.C. 3582(c)(1)(A) and all related exhibits.

The motion contains highly sensitive information about Mr.. White verified gang-dropout status, and the Bureau of Prisons' debriefing and tattoo-removal process. Public disclosure of these details would expose Mr.. White to a substantial and imminent risk of serious bodily harm or death while in federal custody.

Courts have recognized that sealing is appropriate to protect the safety of defendants and others where filings contain cooperation details or other sensitive information that could be used to facilitate retaliation. See, e.g.., United States v. Doe, 870 F.3d 991, 996 (9th Cir. 2017) (remanding for sealing to protect cooperating defendant's safety).

For these reasons, and to protect Mr.. White's safety, he respectfully requests that the court grant this motion and order that his 3582(c)(1)(A) motion, all supporting exhibits, and any related filings remain under seal, with access restricted to the court, the government, and defense counsel.

Respectfully Submitted,

Dee Jay White

Deejay White
Reg. No. 81263-054
FCI Tucson
PO Box 23811
Tucson, AZ 85734

2/21/26
Date

RECEIVED
MAR - 9 2026
PRO SE OFFICE

Application provisionally granted
SO ORDERED
USDJ
8-7-2026